UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | ORDER |
| STACEY M. PELLE | : | CR. NO.  15-00270-001(RMB) |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 5th day of June, 2015

ORDERED that the Federal Public Defender Organization for the District of New Jersey, is hereby appointed to represent said defendant in this case until further order of the Court.

_____
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender